IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                    No. CIV S-06-1011 KJM PS

    vs.

JELD-WEN, INC., et al.,

      Defendants.            <u>ORDER</u>

_____/

        A status conference was held in this matter on March 14, 2007 before the undersigned. Plaintiff appeared in propria persona. Marc Koenigsberg appeared for defendant Contractors' Warehouse. No appearances were made for the remaining defendants. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The parties may request an early settlement conference once all parties have appeared in the action.

        2. Discovery, including the hearing of discovery motions, shall be completed by May 14, 2008. Phase I (discovery pertaining to architectural barriers) may commence immediately. Phase II (discovery pertaining to financial condition of defendant) shall not commence prior to November 26, 2007. Initial expert disclosures shall be made 150 days prior

1

to the discovery cut-off.  Rebuttal expert disclosures shall be made 120 days prior to discovery cut-off.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

3.  Dispositive motions, other than discovery motions, shall be noticed to be heard by July 25, 2008.

4.  The pretrial conference is set for September 10, 2008 at 11:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

5.  Trial of this matter is set for November 3, 2008 at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED:  March 14, 2007.

_____
U.S. MAGISTRATE JUDGE

006
johnson-jeldwen.oas