SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>       Plaintiff,<br><br>  vs.<br><br><br>Jeld-Wen, Inc.; GRS Realty Company, Inc.;<br><br>Contractors' Warehouse, LLC, Individually<br><br>and d/b/a Contractors' Warehouse,<br><br><br><br>      Defendants | Case No.: CIV.S 06-cv-01011-KJM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br>Complaint Filed:  MAY 9, 2006<br>Amended Complaint Filed:  JULY 25, 2006 |

      **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

1

1    Dated:  August 10, 2007

2                           /s/C. Robert Sturm

3                           C. ROBERT STURM,

4                           Senior Corporate Counsel for Defendants,

5                           Jeld-Wen, Inc.

6

7    Dated:  August 10, 2007             Greenberg & Traurig, LLP

8

9                           /s/Marc B. Koenigsberg

10                          MARC B. KOENIGSBERG,

11                          Attorneys for Defendants,

12                          Contractors' Warehouse, LLC

13

14

15    Dated:  August 10, 2007             /s/Scott N. Johnson

                                       SCOTT N. JOHNSON

16                          Plaintiff, In Pro Per

17

18    **IT IS SO ORDERED**.

19

20    Dated:  August 20, 2007.

21

22

23                           U.S. MAGISTRATE JUDGE

24

25

26

27

28